```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JESSICA KARIM, on behalf of herself and all others                     :
similarly situated,                                                    :
                                                                       :
                                       Plaintiff,                      :   24 Civ. 7275 (JPC)
                                                                       :
                     -v-                                               :   ORDER
                                                                       :
TEASOURCE, LLC,                                                        :
                                                                       :
                                       Defendant.                      :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 3, 2024, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore October 24, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until October 31, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 7, 2024.

SO ORDERED.

Dated: October 25, 2024
      New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge