UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JESSICA KARIM, *on behalf of herself and all others*                    :
*similarly situated*,                                                    :
                                                                        :
                                              Plaintiff,                 :          24 Civ. 7275 (JPC)
                                                                        :
                    -v-                                                  :          ORDER
                                                                        :
TEASOURCE, LLC,                                                          :
                                                                        :
                                              Defendant.                 :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 1, 2024, the Court ordered the parties to submit a joint letter with, among

other things, a description of the case and a status update on any settlement talks in advance of the

initial pretrial conference scheduled for December 9, 2024, at 2:00 p.m. Dkt. 11. The Court also

ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both

items were due no later than December 2, 2024. The parties failed to submit either.

By 5:00 p.m. on December 4, 2024, it is hereby ORDERED that the parties must file on

ECF the joint letter and the proposed case management plan and scheduling order described in the

Order at Docket Number 11. The Court advises the parties that failure to comply with Court orders

may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: December 3, 2024
       New York, New York          _____
                                        JOHN P. CRONAN
                                   United States District Judge