UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
JESSICA KARIM, on behalf of herself and
all others similarly situated,

                Plaintiff,

       -against-

TEASOURCE, LLC,

             Defendants.
───────────────────────────────── x

Civil Action No.

1:24-cv-7275

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Jessica Karim, and Defendant, TeaSource, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: April 23, 2025

By: _*Gabriel Levy*_

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _(signature)_

David Stein, Esq.
   *Attorneys for Defendant*
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
T: 212-308-3444
Dstein@steinllp.com